RECEIVED
JUL 1 8 2014
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-144-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | ORDER TO UNSEAL |
| | : | |
| LAMONT REGINALD FAGAN, Jr. a/k/a "Mont" | : | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, has Moved the Court to unseal the Indictment in the above-captioned matter. The purpose for the sealing was the fact that the defendant had not yet been apprehended. The defendant is now in custody. Thus, for good cause shown, and upon due deliberation, the Court hereby GRANTS the Motion to unseal.

The Indictment in the above-caption matter shall be promptly Unsealed.

So ORDERED this 18 day of July, 2014.

_____
United States District Judge